IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TOMMY RAY MOSLEY
ADC #85548                                                                                          PLAINTIFF

V.                              NO: 5:07CV00045 SWW/HDY

ARKANSAS BOARD
OF CORRECTION *et al.*                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice. The Court certifies, pursuant to 28 U.S.C. 1915(a)(3), that an *in forma pauperis* appeal from its order and this judgment entered thereunder, would not be taken in good faith.

DATED this 19th day of March, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE